# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEAL RUBIN, Trustee of the Neal Rubin Trust established under Norman and Roba Rubin Trust dated March 18, 1977; RANDALL RUBIN, Trustee of the Neal Rubin Trust established under Norman and Roba Rubin Trust dated March 18, 1977; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:22-cv-00758-PA-JC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  February 3, 2022<br>Trial Date:　　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendants Neal Rubin and Randall Rubin is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  October 21, 2022

Percy Anderson
United States District Judge